## TROUTMAN LUMBER CO. *v.* NATIONAL MANUFACTURING CO.

LUMPKIN, J.   1.   This case is controlled in principle by the decisions in *Wylly* v. *Collins*, 9 *Ga.* 223, 240; *Weaver* v. *Nixon*, 69 *Ga.* 699 (2); *Keller* v. *Singleton*, 69 *Ga.* 703, 704; *Norton* v. *Paragon Oil Can Co.*, 98 *Ga.* 468 (25 S. E. 501).

2. In the instant case suit was brought on an open account claimed to be due by a firm.   The plea was that it had been settled and discharged

by the acceptance of a promissory note, under seal, of one of the members of the firm. On the trial the defendants admitted a prima facie case, and assumed the burden of proof. Under the uncontradicted evidence, there was no error in directing a verdict in favor of the plaintiff.

*Judgment affirmed. All the Justices concur.*

JUNE 14, 1916.

Complaint. Before Judge Park. Baldwin superior court. March 23, 1915.

*Hines & Vinson,* for plaintiffs in error.

*Allen & Pottle,* contra.

